THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rory Ross, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-214
Submitted May 1, 2007  Filed May 11, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Rory Ross appeals the revocation of his probation.  Ross argues the trial court erred by revoking his probation when he complied with its terms and requirements to the best of his ability.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Rosss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.